HILL, BETTS & NASH LLP
14 Wall Street, Suite 5H
New York, NY 10005
(212) 839-7000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TODD MORELAND,

                Plaintiff,

  - against -

LIBERTY MARITIME CORPORATION,
LIBERTY PROMISE CORPORATION, and
LIBERTY MARITIME SERVICES CORPORATION,

                Defendants.
-------------------------------------------------------X

Index: 2:17-CIV-7477

**DEFENDANTS RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel certify Liberty Maritime Corporation and Liberty Maritime Services Corporation have no parent corporation and are not publicly traded. No publically owned corporation owns 10% or more of Liberty Promise Corporation.

Dated: New York, NY
       June 18, 2018

                                    HILL, BETTS & NASH LLP

                                    By_____
                                    Patrick O'Connor (POC-7601)
                                    Gregory O'Neill (GON-1944)
                                    *Attorneys for Defendants*
                                    14 Wall Street, Suite 5H
                                    New York, New York 10005

{NY209759.1}